# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EGAL BEN-SHIMOL,**
Appellant,

v.

**JULIE E. BEN-SHIMOL,**
Appellee.

No. 4D18-794

[November 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Merrilee Ehrlich, Judge; L.T. Case No. FMCE 08-7780 FC (43/93).

Harvey D. Rogers of Harvey D. Rogers, P.A., Miami, for appellant.

Julie E. Ben-Shimol, Aventura, pro se.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***